# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

TONYA D. WOOD-MONROE

        V.        CASE NUMBER: 7:05-CV-1570(NAM/RFT)

COMMISSIONER OF SOCIAL SECURITY

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, reversing the Commissioner's final decision and remanding this case for further proceedings pursuant to of 42 U.S.C. §405(g) and the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on September 16, 2008.

DATED:    September 16, 2008

                                              Clerk of Court

LKB:lmp